UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-250(4) (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Xinhua Xiong, | |
| Defendant. | |

This matter comes before the Court on Defendant Xinhua Xiong's First Motion to Exclude Time Under Speedy Trial Act, ECF No. 70. Defendant has also filed a Statement of Facts in Support of Motion to Exclude Time Under the Speedy Trial Act, ECF No. 71. Defendant seeks a continuance of the deadline for her to file pretrial motions consistent with the Court's January 11, 2022 Arraignment Notice & Order ruling on extension requests by her co-defendants. *See generally* ECF No. 69. Defendant similarly notes that there is a "significant volume of initial discovery to review" with counsel and that she requires the assistance of "a Chinese Mandarin dialect interpreter." ECF No. 70 at 1; *see also* ECF No. 71 at 1. By e-mail correspondence, the Government has indicated it has no objection to the requested extension.

Additionally, beginning on March 13, 2020, and continuing thereafter, the Honorable John R. Tunheim, Chief District Judge for the United States District Court for the District of Minnesota, has issued a series of General Orders in connection with the

COVID-19 pandemic, addressing, among other things, criminal proceedings and trials.[1] On December 6, 2021, Chief Judge Tunheim entered General Order No. 32, which allows limited in-person proceedings for defendants who decline to consent to conducting the proceeding using videoconferencing, or telephone conferencing if videoconferencing is not reasonably available. *See generally In re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID-19*, Gen. Order No. 32 (D. Minn. Dec. 6, 2021). General Order No. 32 states that because only limited in-person proceedings may be held each day, criminal proceedings may be continued until the date that the criminal proceeding takes place.

General Order No. 32 continues to encourage the use of videoconferencing in criminal proceedings and states that, with the defendant's consent, criminal proceedings will be conducted by videoconferencing, or telephone conferencing if videoconferencing is not reasonably available.[2] General Order No. 32 further provides that the presiding judge will enter orders in individual cases to extend deadlines and exclude time under the Speedy Trial Act to address delays attributable to COVID-19. **Accordingly, should a defendant file pretrial motions, counsel shall also file a letter indicating whether that defendant consents to a motions hearing by videoconference.** *See also* ECF No. 44, 69.

---

[1] All General Orders related to the COVID-19 pandemic may be found on the Court's website at https://www.mnd.uscourts.gov/coronavirus-covid-19-guidance.

[2] *See also* General Order No. 31, which went into effect on September 22, 2021, vacated General Order No. 29, and extended the Court's authorization to conduct certain criminal proceedings via video or telephone conference pursuant to the CARES Act "[b]ecause the emergency created by the COVID-19 outbreak continues to materially affect the functioning of court operations in the District of Minnesota." *In re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID-19*, Gen. Order No. 31 (D. Minn. Sept. 16, 2021).

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and her counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, and consistent with the Court's January 11, 2022 Arraignment Notice & Order, **IT IS HEREBY ORDERED** that:

1. Defendant's First Motion to Exclude Time Under Speedy Trial Act, ECF No. 70, is **GRANTED**.

2. The period of time from **January 4 through March 10, 2022**, shall be excluded from Speedy Trial Act computations in this case. *See United States v. Mallett*, 751 F.3d 907, 911 (8th Cir. 2014) ("Exclusions of time attributable to one defendant apply to all codefendants." (quotation omitted)); *United States v. Arrellano-Garcia*, 471 F.3d 897, 900 (8th Cir. 2006) (same).

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **February 4, 2022**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.

4. **Should a defendant file pretrial motions, counsel shall also file a letter on or before February 4, 2022, indicating whether that defendant consents to a motions hearing by videoconference**. *See* ECF No. 44, 69.

5.      Counsel shall electronically file a letter on or before **February 4, 2022**, if no motions will be filed and there is no need for hearing.

6.      All responses to motions shall be filed by **February 18, 2022**. D. Minn. LR 12.1(c)(2).

7.      Any Notice of Intent to Call Witnesses shall be filed by **February 18, 2022**. D. Minn. LR. 12.1(c)(3)(A).

8.      Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 23, 2022**. D. Minn. LR 12.1(c)(3)(B).

9.      A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

      a.      The government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

10.      **If required, the motions hearing shall take place before the undersigned on March 10, 2022, at 10:00 a.m., in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.** D. Minn. LR 12.1(d).

11.      **TRIAL:**

      a.      **IF NO PRETRIAL MOTIONS ARE FILED BY A DEFENDANT, the following trial and trial-related dates are:**

All voir dire questions and jury instructions must be submitted to Chief District Judge John R. Tunheim on or before **April 4, 2022**.

4

This case must commence trial on **April 18, 2022**, at **9:00 a.m.** before Chief District Judge Tunheim in Courtroom 15, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

      b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Chief District Judge Tunheim to confirm the new trial date.**

Dated: January __24__, 2022                    *s/ Tony N. Leung*
                                                TONY N. LEUNG
                                                United States Magistrate Judge
                                                District of Minnesota

                                                *United States v. Xiong*
                                                Case No. 21-cr-250(4) (JRT/TNL)